

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/14/2017

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DAVID CORONA, | § | Case No. 17-33936 |
| | § | |
| Debtor. | § | Chapter 13 |
| | § | |

**ORDER: (1) HOLDING TROY MOUTON IN CONTEMPT FOR VIOLATION OF THE COURT'S ORDER DATED AUGUST 10, 2017; AND (2) REQUIRING THE U.S. MARSHALS SERVICE TO TAKE TROY MOUTON INTO CUSTODY AND PRODUCE HIM IN COURT**
[Doc. No. 29]

On August 10, 2017, this Court issued an order, a true and correct copy of which is attached hereto as **Exhibit A** (the "Order"). [Doc. No. 29]. The Order requires Troy Mouton ("Mouton") to personally appear in court on September 12, 2017, at 2:00 P.M., to give sworn testimony about certain real property owned by David Corona, the debtor in this case, to wit: 802 Sandford Lodge Drive, Houston, Texas 77073 (the "Property").

On September 12, 2017, at 2:00 P.M., this Court held a hearing. However, Mouton failed to appear. The Court therefore made findings of fact and conclusions of law on the record to the effect that Mouton was in contempt of the Order. The Court also orally stated on the record that it would issue a bench warrant for the U.S. Marshals Service to take Mouton into custody and produce him in court. Thus, this Court now issues this order. Accordingly, it is:

ORDERED that the U.S. Marshals Service shall take Troy Mouton into custody and produce him in court so that he can give testimony under oath about, among other issues, any actions that he has taken, and any communications that he has had, about the Property; and it is further

1

ORDERED that in executing this bench warrant, the U.S. Marshals Service is authorized to make forcible entry into any private property on which it is reasonable to believe Troy Mouton may be present or residing; and it is further

ORDERED that the U.S. Marshals Service is also authorized to use any force reasonably necessary to take Troy Mouton into custody.

Signed on this 13th day of September, 2017.

_____
Jeff Bohm
United States Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/10/2017

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| David Corona, | § | Case No. 17-33936 |
| | § | |
| Debtor. | § | Chapter 13 |
| | § | |

### ORDER REQUIRING TROY MOUTON TO PERSONALLY APPEAR IN COURT TO GIVE TESTIMONY ABOUT HIS COMMUNICATIONS WITH YADIRA GONZALEZ CONCERNING THE PROPERTY LOCATED AT 802 SANDFORD LODGE DRIVE, HOUSTON TEXAS 77073
[Doc. No. 1]

On August 4, 2017, this Court held a hearing in the above-referenced Chapter 13 case. Ms. Yadira Gonzalez ("Gonzalez") gave testimony that she has been residing at 802 Sandford Lodge Drive, Houston, Texas 77073 (the "Property")—which is property owned by the Debtor in this case—and that she has given approximately $15,000 to Troy Mouton ("Mouton") over the past year with the expectation that he would make payments to the lienholder on the Property. Yet, the attorney for the lienholder, who appeared at the August 4, 2017 hearing, informed the Court that his client has received no payments over the past year. Gonzalez also gave testimony that Mouton has been representing to her for the past several months that he has been in communications with the lienholder and managed to work out a restructure agreement to avoid the lienholder holding a foreclosure sale on the Property. Yet, the attorney for the lienholder has informed the Court that he is aware of no such restructure agreement.

The Court now wants Mouton to personally appear in court and give testimony about his communications with Gonzalez concerning the Property and what he has done with the monies given to him by Gonzalez. The Court also wants Mouton, when he appears in court, to bring with him any documentation that he has in his possession (including emails and text messages)

1



EXHIBIT No. A

concerning his communications with Gonzalez or with any third party about the Property. It is therefore:

ORDERED that Troy Mouton shall personally appear in court to give testimony about the above-referenced matters; and it is further

ORDERED that the hearing will take place on September 12, 2017 at 2:00 P.M. in courtroom 600, sixth floor, Bob Casey Federal Courthouse, Houston, Texas 77002; and it is further

ORDERED that Troy Mouton shall bring with him to this hearing any documentation that he has in his possession (including emails and text messages) concerning his communications with Yadira Gonzalez or with any third party about the property located at 802 Sandford Lodge Drive, Houston, Texas 77073; and it is further

ORDERED that **if Troy Mouton fails to appear to personally appear at this hearing, then he shall be in contempt of this Order, and this Court will issue a bench warrant to the U.S. Marshals Service to take him into custody and produce him in Court**; and it is further

ORDERED that the Clerk of Court will send copies of this Order to Troy Mouton at the following addresses and telefax numbers: (1) Texas Capital Homebuyers, 3751 Childress, Houston, Texas 77005; (2) troy@txcapitalhomebuyers.com; (3) American Neighborhood Home Solution, 5680 Highway 6, Houston, Texas 77459; (4) TCHB@ME.COM; (5) fax number 281-271-8170; and (6) 3207 S. Pemberton Circle Drive, Houston, Texas 77025-4329; and it is further

ORDERED that the Clerk of Court shall send a copy of this Order to Yadira Gonzalez at the following address: 802 Sandford Lodge Drive, Houston, Texas 77073; and it is further

ORDERED that the Clerk of Court shall send a copy of this Order to David Corona at the following address: 17435 Imperial Valley, Apartment 103, Houston, Texas 77060.

Signed on this 10th day of August, 2017.

*[signature]*

Jeff Bohm
United States Bankruptcy Judge