

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
10/02/2017

| | | |
|---|---|---|
| **In re:** | § | |
| | § | |
| **DAVID CORONA,** | § | Case No. 17-33936 |
| | § | |
| **Debtor.** | § | Chapter 13 |

## ORDER REQUIRING TROY MOUTON TO PERSONALLY APPEAR IN COURT TO GIVE FURTHER TESTIMONY CONCERNING THE PROPERTY LOCATED AT 802 SANDFORD LODGE DRIVE, HOUSTON, TEXAS 77073
[Doc. No. 1]

On September 27, 2017, this Court held a hearing in the above-referenced Chapter 13 case. Troy Mouton ("Mouton") testified that he received approximately $8,000 from Ms. Yadira Gonzalez ("Gonzalez"). Mouton testified that he received $3,000 as compensation for his services, and the remaining $5,000 was distributed among several third party vendors. The Court wants Mouton, when he next appears in court on October 12, 2017, to bring with him any documentation he has in his possession (including receipts and written contracts) for the third party vendors associated with services rendered for Gonzalez. Mouton also testified that he is employed by a sole proprietorship doing business as American Neighborhood Home Solution. Further, he testified that the owner of American Neighborhood is Seidy Bautista ("Bautista"). The Court wants Mouton to furnish all telephone numbers and addresses for Bautista. It is therefore

ORDERED that the hearing shall be held on Thursday, October 12, 2017, at 10:00 A.M. in Courtroom 600, 6th Floor, Bob Casey Federal Courthouse, 515 Rusk Street, Houston, Texas; and it is further

ORDERED that Mouton shall bring with him to this hearing any documentation he has in his possession (including receipts and written contracts) for the third party vendors; and it is further

ORDERED that Mouton shall furnish all telephone numbers and addresses for Bautista; and it is further

ORDERED that at the hearing on October 12, 2017, Mouton will bring with him a certified check or cashier's check for $310.00 made payable to the Clerk of Court for the past due filing fee that he owes for the bankruptcy case that he filed for this case in 2015; and it is further

ORDERED that the Clerk of Court shall send a copy of this order to Mouton at the following e-mail address: TCHB@me.com.

Signed on this 29th day of September, 2017.

_____
Jeff Bohm
United States Bankruptcy Judge