**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

ENTERED
10/12/2018

| | | |
|---|---|---|
| IN RE: | § | |
| **David Corona,** | § | **CASE NO. 17-33936-H4-13** |
| **Debtor** | § | **CHAPTER 13** |
| | § | |
| | § | |

**AMENDED AGREED ORDER RESOLVING SHOW CAUSE ORDERS ISSUED**
**REGARDING TROY MOUTON (a/k/a TROY WASHINGTON),**
**DAVID CORONA AND YADIRA GONZALES**
(This Amended Agreed Order relates to Doc. Nos. 26, 29, 34, 46, 48, 54, and 63)

*(79)*

Came on for consideration on March 2, 2018 was one of numerous hearings held before

this Court, numerous witnesses that provided testimony, documentary evidence and various

preliminary findings made by the Court and memorialized in the previous Orders and findings

entered in this matter. Also considering the acknowledgement of Mr. Troy Mouton, a/k/a Troy

Washington, ("Mouton") of his responsibilities in this matter and his willingness to repay Ms.

Gonzales and his willingness to agree to the injunctive relief as provided herein and as evidenced

by his signature affixed hereto, this Court is of the opinion that this matter should be, and the

same hereby is disposed of under the terms set forth herein.

**IT IS, THEREFORE, ORDERED** that Mouton and any and all other persons in active

concert or participation with him who receive actual notice of this order by personal service or

otherwise, whether acting directly or through any trust, corporation, subsidiary, division, or other

devise, shall be restrained from engaging in the following acts or practices:

a.      Giving, providing, or offering advice and counsel to any person regarding their

eligibility to file bankruptcy or the consequences to them of filing a bankruptcy case

under Title 11 of the United States Code;

1

b.  Encouraging, counseling, advising or assisting any person with any action in a case under Title 11 of the United States Code with the purpose of delaying or hindering a mortgage creditor from exercising its rights under state law;

c.  From operating as a bankruptcy petition preparer within the meaning of 11 U.S.C. §110 and from aiding, assisting, advising or preparing for compensation or otherwise documents for filing in the United States Bankruptcy Courts as a Bankruptcy Petition Preparer within the meaning of 11 U.S.C. §110 whether for compensation or otherwise;

d.  Mouton also agrees and acknowledges that he will not serve as a Bankruptcy Petition Preparer as that term is defined in 11 U.S.C. 110 (a)(1);

e.  From engaging in the unauthorized practice of law, as defined in §§81.101 and 81.102 Tex. Govt. Code Ann.; rendering legal advice and preparing or assisting in the preparation of petitions, schedules, statements of financial affairs, other statements or applications, any and all papers to be filed in any bankruptcy proceeding or otherwise acting as a bankruptcy petition preparer in any bankruptcy proceeding;

f.  From violating the provisions of 11 U.S.C. §§526, 527 and 528, regulating Debt Relief Agencies as that term is defined in 11 U.S.C. 101(12A);

g.  Mr. Mouton agrees and acknowledges that he will not serve as a Debt Relief Agency as that term is defined in 11 U.S.C. 101(12A);

h.  Mr. Mouton agrees and acknowledges that he will not violate the requirements of the Mortgage Relief Services Act, "(MARS)", 12 CFR Part 1015.

**IT IS FURTHER ORDERED** that Mouton, shall refund to Yadira Gonzales the sum of

2

$15,000.00 (FIFTEEN THOUSAND DOLLARS) in certified funds.  The payments shall be

made in the amount of $1,000.00 (ONE THOUSAND DOLLARS) per month starting on April

16, 2018.  For the avoidance of doubt, Mr. Mouton shall make a payment, by certified funds in,

in an amount no less than $1000.00(ONE THOUSAND DOLLARS), payable to Yadira

Gonzales and sent to her by United States Mail Service, registered mail, addressed to her at

**10822 MacKenzie Drive; Houston, Texas  77086,** on or before each of the following dates:

April 16, 2018
May 15, 2018
June 15, 2018
July 17, 2018
August 15, 2018
September 17, 2018
October 15, 2018
November 15, 2018
December 17, 2018
January 15, 2019
February 15, 2019
March 15, 2019
April 15, 2019
May 15, 2019
June 17, 2019

      **IT IS, FURTHER ORDERED** that upon each payment, Mr. Mouton, or his attorney

shall file a Notice of Payment in the record of this proceeding under bankruptcy case number 17-

33936.  The Notice of Payment must include a copy of the registered mail receipt and a copy of

the certified funds.

      **IT IS FURTHER ORDERED** that the Clerk of Court, for the United States Bankruptcy

Court shall accept for filing and place on the docket for this case the Notice of Payment as filed

by Mr. Mouton or his attorney.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction over the subject matter and the parties to the extent necessary to enforce the provisions set forth in this Order.

**IT IS FURTHER ORDERED** that in the event the Mouton a/k/a Troy Washington fails to make the payments he is ordered and he has agreed to make herein, then he is in Contempt and the Court may Order the United States Marshal shall take him into custody where he will remain until he makes the payments recited above.

**IT IS FUTHER ORDERED** that nothing in this Order shall preclude the Court or the United States Trustee or any other party or authority in the matters addressed herein from making a referral to the United States Attorney or the Unauthorized Practice of Law Committee of the Supreme Court of the State of Texas regarding any rules prohibiting the unauthorized practice of law or any criminal statutes that may have been violated in the proceeding herein.

**SO ORDERED.**

Signed:   October 12, 2018

Jeff Bohm
United States Bankruptcy Judge

4

**SO AGREED:**

_____
Troy Mouton, a/k/a Troy Washington


By: /s/ Samuel L. Milledge
Samuel L. Milledge
ATTORNEY FOR TROY MOUTON a/k/a TROY WASHINGTON
2500 East T.C. Jester Blvd, Suite 510
Houston, Texas  77008
(713) 812-1409
(713) 812-1418 (Facsimile)


HENRY G. HOBBS, JR.
UNITED STATES TRUSTEE

By: /s/Stephen D. Statham
Stephen D. Statham, Attorney for the United States Trustee
TBA No. 19082500
515 Rusk, Suite 3516
Houston, Texas  77002
(713) 718-4650
(713) 718-4680 (Facsimile)

5