

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
06/26/2019

| In re: | § | |
|---|---|---|
| | § | |
| DAVID CORONA, | § | Case No. 17-33936 |
| | § | |
| Debtor. | § | Chapter 13 |
| | § | |

### ORDER RESOLVING SHOW CAUSE ORDER ISSUED REGARDING TROY MOUTON (a/k/a TROY WASHINGTON)
**[Doc. Nos. 93 & 98]**

Came on for hearing on June 18, 2019, the Court's Order (Doc. No. 98) requiring Mr. Troy Mouton, a/k/a Troy Washington To Appear And Show Cause Why He Should Not Be Sanctioned For Violating This Court's Order of October 12, 2018 (Doc. No 93).

Troy Mouton appeared individually and through counsel. The United States Trustee and the Chapter 13 Trustee appeared through counsel. Following testimony, evidence and argument, the Court finds that Troy Mouton has returned all funds to Ms. Johns-McGinnis and has made all payments to Ms. Yadira Gonzales pursuant to the Court's October 12, 2018, Order (Doc. No.93). It is, therefore:

ORDERED that at this time, no further sanctions shall be imposed against Mr. Troy Mouton, a/k/a Troy Washington.

Signed on this 26th day of June, 2019.

Jeff Bohm
United States Bankruptcy Judge

1