CASE NO. 17-33936-H4-13

IN RE: David Corona,

United States Courts
Southern District of Texas
FILED

AUG 29 2024

Nathan Ochsner, Clerk of Court

CAUSE NO. _____

| | | |
|---|---|---|
| H. Nathaniel Sapp | § | IN THE DISTRICT COURT OF |
| and Gladys Sapp | § | |
| | § | |
| v. | § | FORT BEND COUNTY, TEXAS |
| | § | |
| Troy Patrick Mouton, | § | |
| Manuel Garcia Ledesma, | § | |
| Jared Doe, and Samuel L. Milledge | § | _____ JUDICIAL DISTRICT |

## DECLARATION OF GLADYS SAPP

I am the wife of H. Nathaniel Sapp, over whom I hold statutory power of attorney, including for transactions involving real estate.

In or before May 2024, I began working with a real estate agent named Jared with the aim of selling the home located at 506 Compton St, Rosharon TX 77583. Said home is one of two homes owned at the time by myself and my husband, the other being our primary residence of 7297 Murciana Drive, Rosharon, Texas 77583. Both homes were financed through VA loans. The purpose of my selling the home on Compton St was to pay for my husband's medical expenses.

The real estate agent, Jared, whose last name I do not know, told me that I was "upside down" on the VA loan, and for this reason he would not be able to assist me in the sale of the home. Jared informed me, however, that he knew of a certain Troy Mouton who may be able to assist me. Jared told me that he had seen Mr. Mouton provide satisfactory assistance to debtors in similar situations and that Mr. Mouton was a trustworthy person.

After being placed in contact with Mr. Mouton through Jared, Mr. Mouton explained that he was very interested in taking the home off my hands and relieving me of the mortgage payment obligations. Mr. Mouton offered to pay me $10,000 in cash and to assume the VA-backed loan secured by the home on Compston St. Mr. Mouton told me that the mortgage was assumable.

Mr. Mouton tried to get me to sign the warranty deed at my home, but I was hesitant. My son advised me against moving forward with Mr. Mouton because he was a fast talker. I was reluctant to proceed, but ultimately gave in to the pressure presented by my dire financial situation, which Mr. Mouton took advantage of. I insisted that the closing occur at a title company, and Mr. Mouton arranged for it to be occur at The Milledge Law Group, P.C., 1235 North Loop West Ste 725, Houston TX 77008, and led me to believe that this was a title company.

Mr. Mouton never provided me with any sort of written disclosure related to his involvement in the real estate transaction or assumption of the mortgage.

On or about May 20, 2024, at the law office of Samuel L. Milledge, The Milledge Law Group, P.C., 1235 North Loop West Ste 725, Houston TX 77008, I signed a document styled "Warranty Deed (With Vendor's Lien)", which purports to have been prepared by The Milledge Law Group, P.C. I signed in my individual capacity and on behalf of H. Nathaniel Sapp pursuant to a statutory power of attorney.

While at what I believed to be the closing at The Milledge Law Group, I asked Samuel L. Milledge, whom I believed to be a representative of the title company, what would happen if Mr. Mouton missed a payment toward the loan secured by the Subject Property, and Samuel L. Milledge uttered words to the effect that Mr. Mouton "would never do a thing like that," thus emboldening my mistaken belief that Mr. Mouton was a trustworthy person. Mr. Milledge did not disclose to me that he had defended Mr. Mouton in multiple lawsuits involving allegations of fraud and other misconduct in real estate transactions.

In connection with the aforementioned transaction, I received a check in the amount of $10,000 from Mr. Mouton. Mr. Mouton tendered payment of the $10,000 approximately 10 days earlier, at my home, but I did not cash the check until after what I believed to be the closing at

Milledge Law Group. In addition, Mr. Mouton tendered payment for at least one monthly installment of the loan secured by the home on Compton St. Thereafter, Mr. Mouton ceased making payments toward the loan secured by the home on Compton St.

Thereafter, Mr. Mouton ceased making payments toward the loan secured by the home on Compton St and I began receiving notifications from the lender or loan servicing company about missed payments. Since then, I have had no choice but to resume payments on the loan secured by the home on Compton St, even though I have been left without any enjoyment whatsoever of the property.

In addition, I have received notices from the Homeowners' Association of the subdivision where the home on Compton St is located indicating that the grass has not been cut since May 2024.

Subsequent to July 22, 2024, I have visited the home on Compton St, where I discovered that the place is apparently being used as an Airbnb rental. On August 26, 2024, I visited the property in an attempt to ascertain the identity of the occupant in anticipation of filing an eviction suit. On this occasion, I found a notice on the door posted by Five Brothers Asset Management Solutions indicating that the property had been deemed to be abandoned and that the locks would soon be changed.

Executed in Fort Bend County, State of Texas, on the following date: 08 / 26 / 2024

_____
Declarant

**✘ Dropbox** Sign                                                                                          Audit trail

| | |
|---|---|
| Title | 20240826 Declaration of Gladys Sapp |
| File name | 20240826 Declaration of Gladys Sapp.pdf |
| Document ID | f1d82ebe96ba6d910017ad03d71711eeb44e6fab |
| Audit trail date format | MM / DD / YYYY |
| Status | ● Signed |

## Document History

| | | |
|---|---|---|
| ↗ SENT | 08 / 26 / 2024<br>14:16:33 UTC-4 | Sent for signature to Gladys Sapp (chrisssapp@yahoo.com)<br>from kyle@kjm.law<br>IP: 162.125.31.58 |
| ◎ VIEWED | 08 / 26 / 2024<br>18:37:06 UTC-4 | Viewed by Gladys Sapp (chrisssapp@yahoo.com)<br>IP: 57.132.174.241 |
| ⨎ SIGNED | 08 / 26 / 2024<br>18:51:31 UTC-4 | Signed by Gladys Sapp (chrisssapp@yahoo.com)<br>IP: 57.132.174.241 |
| ⊘ COMPLETED | 08 / 26 / 2024<br>18:51:31 UTC-4 | The document has been completed. |

Powered by ✘ Dropbox Sign

```
ORIGIN ID:SCFA      (417) 221-9006         SHIP DATE: 27AUG24
THE LAW OFFICE OF KYLE J. MOORE, PL        ACTWGT: 0.10 LB
                                           CAD: 254303705/WSXI3200
25211 GROGANS MILL RD STE 130

SPRING, TX 77380                           BILL SENDER
UNITED STATES US
```

TO **UNITED STATES COURTHOUSE**
**ATTN: BANKRUPTCY COURT S.D. TEX.**
**515 RUSK AVENUE**

**HOUSTON TX 77002**
(417) 221-9006              REF: 1
INV: 10193208
PO:                         DEPT:

  FedEx Express

**THU - 29 AUG 5:00P**
** 2DAY **

TRK# 0201  **2787 5931 1672**

**SS EIXA**   TX-US   **77002 IAH**



0193208
00G01

